EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Enmienda la Regla 29 de las Reglas de Administración del Sistema de Personal de la Rama Judicial | 2001 TSPR 131<br><br>155 DPR \_\_\_\_ |
|---|---|

Número del Caso: EP-2001-07

Fecha: 28/septiembre/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda la Regla 29 de
las Reglas de
Administración del Sistema
de Personal de la Rama
Judicial

EP-2001-07

RESOLUCION

San Juan, Puerto Rico, a 28 de septiembre de 2001

La reglamentación de personal de la Rama Judicial excluye al Juez Presidente, a las Juezas y a los Jueces Asociados del Tribunal Supremo de las disposiciones relativas a la acumulación de licencia de vacaciones y de enfermedad y al pago global final al momento de su separación del servicio irrespectivamente del tiempo servido en dichos cargos. Desde el verano de 1993, el Tribunal abandonó la práctica de limitar su actividad judicial a atender solamente el despacho de los recursos presentados a los fines de expedir o denegar el auto solicitado. Desde entonces el Tribunal ha estado resolviendo ininterrumpidamente, mediante sentencia final, aquellos recursos ya expedidos, así como aquellos otros asuntos sometidos a su consideración definitiva. Por tanto, los Jueces de dicho Tribunal prestan servicios contínuos durante todo el año o se mantienen disponibles para ello aún durante las ausencias de sus respectivos despachos.

En vista de lo anterior se hace necesario reglamentar la forma en que se hará el cómputo del pago global final cuando los Jueces y Juezas del Tribunal Supremo se desvinculen del servicio en la Rama Judicial.

Se enmienda mediante la presente, la Regla 29 de las Reglas de Administración del Sistema de Personal de la Rama Judicial, a fin de añadir un párrafo a dicha Regla que disponga:

**<u>Regla 29. Pago de Licencia de Vacaciones y Enfermedad</u>**

En caso de separación del servicio por cualquier causa el funcionario o empleado tendrá derecho a recibir paga por la licencia de vacaciones y licencia por enfermedad acumuladas hasta el máximo permisible establecido por Reglamento.

Esta suma global por concepto de ambas licencias se pagará a razón del sueldo regular del empleado independientemente de los días que hubiere disfrutado estas licencias durante el año.

Al fallecimiento de un funcionario o empleado, se le pagará a los beneficiarios la suma que hubiere correspondido a éste por razón de la licencia de vacaciones y licencia por enfermedad no utilizadas.

**El Juez Presidente del Tribunal Supremo y las Juezas y Jueces Asociados del Tribunal Supremo que se desvinculen total y absolutamente del servicio por cualquier causa, recibirán una compensación final. Dicha compensación final será equivalente a treinta (30) días laborables por cada año de servicio en el cargo de Juez Presidente, de Jueza o Juez Asociado del Tribunal Supremo. En ningún caso dicha compensación excederá el equivalente a un (1) año de sueldo del cargo.**

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo